# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> **BARBOSA ESTRADA, PROSPERO E** <br> **ROMAN DE BARBOSA, ILIANA** <br><br> DEBTOR(S) | CASE NO.: **11-04148-SEK** <br> JUDGE: **SARA E. DE JESUS** <br><br> (CHAPTER 7) |
|---|---|

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on June 21, 2011. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

Claims docket necessary at this time. Yes ____ No ✓.
Exemptions as claimed in Schedule C allowed. Yes ✓ No ____. Track No. __8__
Creditor(s) Present Yes ____ No ✓.

**Attorney's Information**
Present with Debtor(s) was
____ ✓ ____ Attorney of Record
____ Other: ____
____ Pro-Se - See Certificate

Debtor to amend within ____ days the following:
____ A, ____ B, ____ C, ____ D, ____ E, ____ I & J, ____✓ Other _Schedule F_
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

Debtor to turn over to Trustee within ____ days:
____ Documents on Real Property
 (Appraisal, Title Search, Mortgage Balance)      ____ Documents on Vehicle

**Trustee further requests that:**
✓ Case be closed as no-asset as of the date of §341(a) meeting.      ____ Upon receipt of documents.
____ Case be held open for potential asset recovery.
____ Case be RESET the §341(a) Meeting
 ____ On the ____ day of _____, 200__, at _____.
 ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
  ____ Debtor(s) failed to appear.
  ____ Attorney for Debtor(s) failed to appear.
  ____ Further testimony or material is needed.

____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
____ Failure to provide complete: ____ Schedules, ____ Statement of Affairs, ____ Mailing Lists,
____ Description of estate assets.
____ Failure of ____ Debtor(s) ____ Counsel to appear at:
 ____ initial ____ subsequent creditor meetings.

Dated: June 21, 2011

_____
WIGBERTO LUGO-MENDER, Trustee